Case 3:11-cv-01545-JBA  Document 8  Filed 10/12/11  Page 1 of 2

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SAVE THE CHILDREN FEDERATION, INC.,

V.

**SUMMONS IN A CIVIL CASE**

PROSERVICES,

CASE NUMBER: **3:11-CV-01545-JBA**

TO: **Proservices**
Defendant's Address:

1405 Laurelwood Circle
Laurel, Mississippi  39440

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brenner Saltzman & Wallman**
**271 Whitney Ave.**
**New Haven, CT 06511-1746**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – K. Falcone

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2011-10-12 12:40:35.0**, Clerk
USDC CTD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons was made by me | Date November 1, 2011 |
| Name of Server:  PETER J. PERONE | Title:  CONNECTICUT STATE MARSHAL |

Then and by virtue hereof on the 1st day of November, 2011, I made due and legal service on the within named defendant, **PROSERVICES**, by leaving a verified true and attested copy of the original **Summons, Complaint, Exhibit A, Appearance, Corporate Disclosure Statement, Order On Pretrial Deadlines, Electronic Filing Order In Civil Cases, Standing Protective Order, Notice To Counsel and Pro Se Parties, Order Re: Disclosure Statement and Tips For Successful CM/ECF Efiling,** with and in the hands of the clerk in charge of the office of Denise Merrill, Secretary of State for the State of Connecticut. Said Secretary of State is the duly authorized agent to accept service for the within named defendant, in the Town of Hartford. (C.G.S. 52-59b(c)

Also on the 1st day of November, 2011, I deposited in the Post Office in Hartford, postage paid and certified, return receipt requested, a verified true and attested copy of the within original **Summons, Complaint, Exhibit A, Appearance, Corporate Disclosure Statement, Order On Pretrial Deadlines, Electronic Filing Order In Civil Cases, Standing Protective Order, Notice To Counsel and Pro Se Parties, Order Re: Disclosure Statement and Tips For Successful CM/ECF Efiling,** with my doings thereon endorsed, addressed to the within named Defendant, **ProServices**, 1405 Laurelwood Circle, Laurel, Mississippi 39440. (C.G.S. 52-59b(c)

### STATEMENT OF SERVICE FEES

| Travel  $ 20.00 | Service  $ 53.44 | Total  $ 140.80 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 1, 2011

*[signature]*

Peter J. Perone-Connecticut State Marshal
114 Davenport Road
West Hartford, CT.