UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAVE THE CHILDREN FEDERATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>PROSERVICES<br><br>Defendant. | Civil Action No.<br><br>3:11CV1545(JBA)<br><br>January 17, 2012 |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Save the Children Federation, Inc. requests that this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, enter judgment by default against Defendant. In support of this request, Plaintiff Save the Children Federation, Inc. relies upon the record in this case and the declaration submitted herein.

A proposed form of Default Judgment is attached hereto.

                        PLAINTIFF SAVE THE CHILDREN
                        FEDERATION, INC.

                        By: s/ *David R. Schaefer*
                        David R. Schaefer (ct04334)
                        BRENNER, SALTZMAN & WALLMAN LLP
                        271 Whitney Avenue
                        New Haven, CT  06511
                        Juris No. 06063
                        Tel. (203) 772-2600
                        Fax: (203) 562-2098
                        Email:  dschaefer@bswlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

s/ *David R. Schaefer*
David R. Schaefer

m:\docs\05548\002\bf7619.doc