UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAVE THE CHILDREN FEDERATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>PROSERVICES<br><br>Defendant. | Civil Action No.<br><br>3:11CV1545(JBA)<br><br>January 17, 2012 |

## DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, David R. Schaefer, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for Plaintiff in this action.

2. Complaint was served upon Defendant on November 1, 2011, no response has been served within the time allowed by law nor has Defendant sought additional time within which to respond, and default has entered against Defendant.

3. The claim of the Plaintiff is for:

   a. an injunction permanently enjoining Defendant and those persons active in concert or participation with Defendant from further use of the <mysavethechildren.org> domain name or any other name that is confusingly similar to Save the Children's Marks.

b. that all labels, boxes, cartons, signs, catalogs, literature, packages, marketing materials, and advertisements of Defendant, which include any mark confusingly similar to Save the Children, be delivered and destroyed;

c. transfer by Defendant of the domain name <mysavethechildren.org> to Plaintiff;

d. Plaintiff's costs of this action.

_____
David R. Schaefer

m:\docs\05548\002\bf6648.doc

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2012, a copy of the foregoing was filed electronically and served by m ail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

*s/David R. Schaefer*
David R. Schaefer