UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2012 MAR -7  P 12: 42
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| SAVE THE CHILDREN FEDERATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>PROSERVICES<br><br>Defendant. | Civil Action No.<br>3:11CV1545(JBA) |

## DEFAULT JUDGMENT

JUDGMENT entered on this

Service of the summons and complaint in this action upon Proservices having been completed on November 1, 2011, and more than 20 days having elapsed since the date of completion of service and the time of said Defendant Proservices to appear and answer having expired, the said Defendant not having appeared and answered herein, and a Default having been ordered on December 21, 2011 for the failure of Defendant to appear or respond to the Complaint.

NOW, upon reading the Summons and Complaint and Declaration of David Schaefer, it is

ADJUDGED that Plaintiff Save the Children Federation, Inc., having a principal place of business at 54 Wilton Road, Westport, Connecticut 06880, have judgment and recover of Defendant and it is ordered that:

1) Defendant, directly or indirectly, or through any corporate or other device, cease and desist from use of the <mysavethechildren.org> domain name or any other name that is confusingly similar to Save the Children's Marks. This injunction shall apply to Defendant and Defendant's successors, assigns, officers, members, participants, agents, servants, employees, representatives, and all other persons or entities in active concert or participation with Defendant.

2) Defendant deliver to Plaintiff all labels, boxes, cartons, signs, catalogs, literature, packages, marketing materials and advertisements of Defendant, which include any mark confusingly similar to Save the Children.

3) Defendant promptly transfer the domain name <mysavethechildren.org> to Plaintiff.

4) Defendant pay Plaintiff the costs of this action.

Dated at New Haven, CT this 7th day of March 2012.

                                                   /s/
                                       Janet B. Arterton, United States District Judge

m:\docs\05548\002\bf6649.doc